UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 25 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

MOUNTHASONE BOTT, ex rel. United States of America; SUSAN NEWMAN, ex rel. United States of America,

Plaintiffs - Appellants

v.

SILICON VALLEY COLLEGES; WESTERN CAREER COLLEGES; GREG NATHANSON; ELLIS C. GEDNEY; DARRYL LINDSEY; STEVE GALLAGHER; BARBARA BICKETT; JANETTE C. MARQUEZ; PATRICK SUTHERLAND; U.S. EDUCATION CORPORATION, GEORGE MONTGOMERY; LESLIE E. PRITCHARD; ALMICH & ASSOCIATES,

Defendants - Appellees

No. 06-15423
D.C. No. CV-04-00320-CW

147

**MANDATE**

FILED

APR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The judgment of this Court, entered 01/04/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/S/

By: Theresa Benitez
Deputy Clerk

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 04/25/2008 at 9:13:17 AM PDT and filed on 04/25/2008

| | |
|---|---|
| **Case Name:** | Bott, et al v. Silcon Vall Colleges, et al |
| **Case Number:** | 06-15423 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED.(AK, REC and MDH) Cost awarded to APPELLEE $400.00.

The following document(s) are associated with this transaction:
**Document Description:**Mandate Letter
**Original Filename:**/opt/ACECF/live/forms/theresab_0615423_6513148_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/25/2008] [FileNumber=6513148-0]
[9e65dbbf0b300f5f1fd49f7c19bdb8b0b91a76f801a6de71a2459bc8c56cece8054971fe9df00130371e100(
**Recipients:**

- Fife, Paul D., Attorney
- Gombos, Steven M., Attorney
- Hatch, Timothy J.
- Kleiman, Mark Allen, Attorney
- Levy, Scott D., Attorney
- Nierlich, George Charles, Attorney
- Sears, Kathrin, Attorney
- USDC, Oakland

**Notice will be electronically mailed to:**

Nierlich, George Charles, Attorney

**Notice will be mailed to:**

Fife, Paul D., Attorney
WILD, CAREY AND FIFE
Suite 1000
120 Montgomery Street
San Francisco, CA 94104-4313

Gombos, Steven M., Attorney

RITZERT & LEYTON PC
Suite 400
11350 Random Hills Rd.
Fairfax, VA 22030-0000

Hatch, Timothy J.
GIBSON DUNN & CRUTHCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Kleiman, Mark Allen, Attorney
LAW OFFICES OF MARK ALLEN KLEIMAN
Suite 214
1640 Fifth Street
Santa Monica, CA 90401-0000

Levy, Scott D., Attorney
P.O. Box 540564
Houston, TX 77254-0564

Sears, Kathrin, Attorney
GIBSON DUNN & CRUTCHER, LLP
Telesis Tower
31st Floor
One Montgomery St.
San Francisco, CA 94104-4505

USDC, Oakland
USDC - CAO - U.S. DISTRICT COURT CALIFORNIA NORTHERN
1301 Clay St.
Oakland, CA 94612-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6513148
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5595732

2/25

FILED

JAN 04 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**UNITED STATES of America ex rel. MOUNTHASONE BOTT; UNITED STATES of America ex rel. SUSAN NEWMAN,**

Plaintiffs - Appellants,

v.

**SILICON VALLEY COLLEGES; WESTERN CAREER COLLEGES; GREG NATHANSON; ELLIS C. GEDNEY; DARRYL LINDSEY; STEVE GALLAGHER; BARBARA BICKETT; JANETTE C. MARQUEZ; PATRICK SUTHERLAND; U.S. EDUCATION CORPORATION; GEORGE MONTGOMERY; LESLIE E. PRITCHARD; ALMICH & ASSOCIATES,**

Defendants - Appellees.

No. 06-15423

D.C. No. CV-04-00320-CW

**MEMORANDUM** *

Appeal from the United States District Court
for the Northern District of California
Claudia Wilken, District Judge, Presiding

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Argued and Submitted December 7, 2007
San Francisco, California

Before: **KOZINSKI**, Chief Judge, **COWEN**** and **HAWKINS**, Circuit Judges.

**1.** Relators have not pled with sufficient particularity any facts indicating that the periodic salary adjustments violated the Higher Education Act or its associated regulations. The Act does not prohibit salary reviews generally, but rather bars the payment of a "commission, bonus, or other incentive payment" solely on the basis of recruitment success. 20 U.S.C. § 1094(a)(20). Relators have not pled specific facts supporting the inference that salary reviews were performed solely on the basis of recruiting success. Nor have relators pled with sufficient particularity any facts demonstrating that the salary review system was merely a sham mechanism for funneling improper incentive pay. See Bly-Magee v. California, 236 F.3d 1014, 1018 (9th Cir. 2001). Cf. United States ex rel. Hendow v. University of Phoenix, 461 F.3d 1166, 1169–70 (9th Cir. 2006) (alleging fraud with sufficient particularity).

** The Honorable Robert E. Cowen, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

**2.** The decision to fire an employee is not covered by the Act because termination is not a prohibited "commission, bonus, or other incentive payment." 20 U.S.C. § 1094(a)(20).

**3.** We need not determine whether the safe harbor regulation is actually valid. If defendants complied with a facially valid regulation, relators cannot show the required scienter under the False Claims Act for actions after the safe harbor regulation was promulgated. See United States ex rel. Hochman v. Nackman, 145 F.3d 1069, 1073–74 (9th Cir. 1998). The safe harbor regulation is not facially invalid because the Higher Education Act prohibits direct or indirect bonuses, while the regulation specifies permissible means by which to calculate base salaries. See Chevron U.S.A., Inc. v. Natural Res. Def. Council, Inc., 467 U.S. 837, 843–44 (1984).

**AFFIRMED.**



MOATT INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
06-15423 Bott, et al v. Silcon Vall Colleges, et al

| | |
|---|---|
| MOUNTHASONE BOTT, ex rel. United States of America<br>Plaintiff - Appellant | Mark Allen Kleiman, Esq,<br>FAX 310/442-4830<br>310/442-4820<br>Suite 400<br>[COR LD NTC ret]<br>LAW OFFICE OF MARK ALLEN KLEIMAN<br>12400 Wilshire Blvd<br>Los Angeles, CA 90025<br><br>Scott D. Levy, Esq.<br>[COR LD NTC ret]<br>P.O. Box 540564<br>Houston, TX 77254-0564 |
| SUSAN NEWMAN, ex rel. United States of America<br>Plaintiff - Appellant | Mark Allen Kleiman, Esq,<br>(See above)<br>[COR LD NTC ret]<br><br>Scott D. Levy, Esq.<br>(See above)<br>[COR LD NTC ret] |
| v. | |
| SILICON VALLEY COLLEGES<br>Defendant - Appellee | Timothy J. Hatch<br>FAX 213<br>213/229-7000<br>[COR LD NTC ret]<br>GIBSON DUNN & CRUTCHER, LLP<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br><br>George Charles Nierlich, Esq.<br>FAX 415/986-5309<br>415/397-5554<br>31st Floor<br>[COR LD NTC ret]<br>GIBSON DUNN & CRUTCHER, LLP<br>Telesis Tower<br>One Montgomery St.<br>San Francisco, CA 94104-4505 |
| WESTERN CAREER COLLEGES<br>Defendant - Appellee | Timothy J. Hatch<br>(See above)<br>[COR LD NTC ret]<br><br>George Charles Nierlich, Esq.<br>(See above)<br>[COR LD NTC ret] |
| GREG NATHANSON<br>Defendant - Appellee | Timothy J. Hatch<br>(See above) |

INTERNAL USE ONLY: Proceedings include all events.
06-15423 Bott, et al v. Silcon Vall Colleges, et al

| | |
|---|---|
| | [COR LD NTC ret] |
| | George Charles Nierlich, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ELLIS C. GEDNEY<br>Defendant - Appellee | Timothy J. Hatch<br>(See above)<br>[COR LD NTC ret] |
| | George Charles Nierlich, Esq.<br>(See above)<br>[COR LD NTC ret] |
| DARRYL LINDSEY<br>Defendant - Appellee | Timothy J. Hatch<br>(See above)<br>[COR LD NTC ret] |
| | George Charles Nierlich, Esq.<br>(See above)<br>[COR LD NTC ret] |
| STEVE GALLAGHER<br>Defendant - Appellee | Kathrin Sears, Esq.<br>FAX 415/986-5309<br>415/397-5554<br>31st Floor<br>[COR LD NTC ret]<br>GIBSON DUNN & CRUTCHER, LLP<br>Telesis Tower<br>One Montgomery St.<br>San Francisco, CA 94104-4505 |
| BARBARA BICKETT<br>Defendant - Appellee | Kathrin Sears, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JANETTE C. MARQUEZ<br>Defendant - Appellee | Kathrin Sears, Esq.<br>(See above)<br>[COR LD NTC ret] |
| PATRICK SUTHERLAND<br>Defendant - Appellee | Kathrin Sears, Esq.<br>(See above)<br>[COR LD NTC ret] |
| U.S. EDUCATION CORPORATION, GEORGE MONTGOMERY; LESLIE E. PRITCHARD<br>Defendant - Appellee | Kathrin Sears, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ALMICH & ASSOCIATES<br>Defendant - Appellee | Paul D. Fife, Esq.<br>FAX 837-3111<br>415-837-3101<br>Suite 1000<br>[COR LD NTC ret] |

MOATT INVATT
i

INTERNAL USE ONLY: Proceedings include all events.
06-15423 Bott, et al v. Silcon Vall Colleges, et al

WILD, CAREY AND FIFE
120 Montgomery Street
San Francisco, CA 94104-4313

Steven M. Gombos, Esq.
703/934-2660
Suite 400
[COR LD NTC ret]
RITZERT & LEYTON PC
11350 Random Hills Rd.
Fairfax, VA 22030

FILED
JAN 1 8 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**Form 10. Bill of Costs** ........................................................................ (Rev. 1[illegible]-05)

**United States Court of Appeals for the Ninth Circuit**

**BILL OF COSTS**

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

U.S. ex rel. Bott v. Silicon Valley College et al.

CA No. 06-15423
Appeal Decided: Jan 4, 2008
Panel: Kozinski, Cowen, Hawkins

The Clerk is requested to tax the following costs against: Relators Mounthasone Bott and Susan Newman

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 10 | 280 | .10 | 280.00 | 10 | 280 | .10 | 280- |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 25 | 48 | .10 | 48.00 | 25 | 48 | .10 | 120- |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $328.00 | | | TOTAL | $ 400- |

**Form 10. Bill of Costs** - ***Continued***

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted. See Attached

** Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

I, James L. Zelenay Jr, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: [signature]

Date: January 18, 2008

Name of Counsel (printed or typed): James L. Zelenay, Jr.

Attorney for: Silicon Valley Colleges, Western Career Colleges, Greg Nathanson, Ellis C. Gedney, and Darryl Lindsey

Date: 04/25/08 Costs are taxed in the amount of $ 400

Clerk of Court

By: [signature], Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 25 2008

by: [signature]
Deputy Clerk

ATTACHMENT – STATEMENT

Costs for ten (10) copies of Excerpts of Record are requested because five (5) copies were required to be filed with the Court, and there were five (5) different counsel (as is indicated by the certificate of service for this document) upon which a copy of such Excerpts of Record were served.

Costs for twenty-five (25) copies of Appellee's Brief are requested because fifteen (15) copies were required to be filed with the Court, and there were five (5) different counsel (as is indicated by the certificate of service for this document) upon which two (2) copies of such Appellee Brief were served.

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25, I certify that I am an employee of Gibson, Dunn & Crutcher LLP and that on this day I caused to be served, via United States mail at San Francisco, California, one true copy of **APPELLEES SILICON VALLEY COLLEGE, WESTERN CAREER COLLEGE, GREG NATHANSON, ELLIS C. GEDNEY, AND DARRYL LINDSEY'S BILL OF COSTS** upon counsel:

Scott D. Levy
Law Offices of Scott D. Levy
P.O. Box 540564
Houston, TX 77254-0564
Houston, TX 77098
Tel: (832) 298-3099

Mark Allen Kleiman
Law Office of Mark Allen Kleiman
1640 5th Street, Suite 214
Santa Monica, CA 90401
Tel: (310) 442-4820

Paul D. Fife
Wild, Carey & Fife
120 Montgomery Street, Suite 1000
San Francisco, CA 94104
Tel: (415) 837-3101

Steven M. Gombos
Ritzert & Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Tel: (703) 934-2660

Alex Tse
U.S. Attorney's Office
450 Golden Gate Ave.
San Francisco, CA 94102

DATED this 18th day of January, 2008.

By ______________________
Beth Sperry